UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| IN RE:<br>   MARTY EDWIN ROBINSON<br>   SHERRIE ANN ROBINSON<br>                              Debtors | CASE NO: 06-31142<br>       (Chapter 13)<br><br>JUDGE LAWRENCE S. WALTER |

REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4105134**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 34/ 77 | NATIONAL CITY BANK<br>% JJ MARSHALL AND ASSOCIATES<br>6060 COLLECTION DR  BOX 182190<br>SHELBY TOWNSHIP, MI  48318 | 1.89 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 10/13/2011

Certificate of Service    06-31142

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

MARTY EDWIN ROBINSON
SHERRIE ANN ROBINSON
6504 MORRELL DR.
DAYTON, OH  45424

RICHARD E WEST
195 E CENTRAL AVE
BOX 938
SPRINGBORO, OH  45066

(86.1n)
CHRISTOPHER P KENNEDY
24755 CHAGRIN BLVD
SUITE 200
CLEVELAND, OH  44122

(84.1n)
EDWARD J BOLL III
BOX 5480
CINCINNATI, OH  45201

(85.1n)
GREGORY A STOUT
REISENFELD & ASSOCIATES
3962 RED BANK RD
CINCINNATI, OH  45227

(87.1n)
LINH TRAN
2101 FOURTH AVE
SUITE 900
SEATTLE, WA  98121

(70.1n)
MCCALLA RAYMER LLC
NATIONAL BANKRUPTCY DEPT
1544 OLD ALABAMA RD
ROSWELL, GA  30076

(77.1)
NATIONAL CITY BANK
% JJ MARSHALL AND ASSOCIATES
6060 COLLECTION DR  BOX 182190
SHELBY TOWNSHIP, MI  48318

Jeffrey M. Kellner BY    /s/ Jeffrey M. Kellner    sv